(A.R.D. 168)

THE HOENIG PLYWOOD CORPORATION *v.* UNITED STATES

Entry No. 839964.

Third Division, Appellate Term

(Decided March 2, 1964)

*Sharp & Bogan* for the appellant.
*John W. Douglas*, Assistant Attorney General, for the appellee.

Before Donlon and Richardson, Judges

Donlon, Judge: Appellant has formally withdrawn its application for review of the decision in *The Hoenig Plywood Corporation* v. *United States*, 51 Cust. Ct. 336, Reap. Dec. 10569, which sustained the finding of dumping made by the Assistant Secretary of the Treasury as to certain hardboard exported from Sweden and entered at New York, and the values returned by the appraiser. Accordingly, the application for review is dismissed.

Judgment will be rendered accordingly.